IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:14CR286 |
| | ) | |
| vs. | ) | ORDER FOR DISMISSAL |
| | ) | |
| KRISTINE WARREN, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to Motion of the United States (Filing No. 38), pursuant to Federal Rule of Criminal Procedure 48(a), leave of court is granted for the filing of the dismissal of the Indictment against Kristine Warren.

IT IS ORDERED that the Motion to Dismiss the Indictment (Filing No. 38) is granted.

Dated this 13th day of September, 2016.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge